JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 10-0059 AG (RNBx) | Date | March 1, 2010 |
|---|---|---|---|
| Title | CRANE v. GMAC Mortgage Corp. dba DiTech | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE**

On January 26, 2010, this Court issued an order regarding pretrial matters ("January 26 Order"). The Court ordered Plaintiff, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The January 26 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(January 26 Order at 1-2.)

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0059 AG (RNBx) | Date | March 1, 2010 |
|---|---|---|---|
| Title | CRANE v. GMAC Mortgage Corp. dba DiTech | | |

Plaintiff has not filed the declaration required by the January 26 Order.  Accordingly, this case is DISMISSED without prejudice.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |